STATE v. WALTER DENNIS and Others.[1]

November 21, 1902.

Nos. 13,105—(15).

Appeal by plaintiff from an order of the district court for Todd county, Searle, J., sustaining a demurrer to the complaint. Reversed.

*George W. Peterson,* County Attorney, and *J. D. Jones,* for the State.

PER CURIAM.

This cause having been reached for hearing, and the respondent not having complied with rule 14 of this court by failing to file briefs or appear therein, it is ordered by this court, that the order of the court below be and the same is hereby reversed and appellant have judgment accordingly.

[1] Reported in 92 N. W. 1131.